1  STEVEN G. SKLAVER (237612)
   KALPANA SRINIVASAN (237460)
2  AMANDA BONN (270891)
   SUSMAN GODFREY L.L.P.
3  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
4  Telephone: (310) 789-3100
   Fax: (310) 789-3150
5  Email: ssklaver@susmangodfrey.com
   Email: ksrinivasan@susmangodfrey.com          JS-6
6  Email: abonn@susmangodfrey.com

7  *Attorneys for Defendant Alta-Dena Certified Dairy, LLC*

8

9

10                     UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13

14  STEVEN M. IKEDA, MICHAEL           Case No. 11-9686 R (FFMx)
    MILLER, DAVID PETERSON,
15  BENJAMIN ZENDEJAS and              **CLASS ACTION**
    ARMANDO FELIX, on behalf of
16  themselves and all others similarly **ORDER GRANTING PLAINTIFF'S
    situated,                          MOTION TO REMAND TO
17                                     SUPERIOR COURT OF
                 Plaintiffs,           CALIFORNIA, COUNTY OF
18                                     LOS ANGELES PURSUANT TO 28
         v.                            U.S.C. § 1447(c)**
19
    ALTA-DENA CERTIFIED DAIRY,
20  LLC, a Delaware Limited Liability
    Company; and DOES 1 through 50,
21  inclusive,

22               Defendants.

23

24

25

26

27

28

2219507v1/012862

This matter comes before the Court on Plaintiff Steven M. Ikeda's ("Plaintiff Ikeda") Motion To Remand To Superior Court Of California, County Of Los Angeles, Pursuant To 28 U.S.C. § 1447(c).  The Court has considered Plaintiff Ikeda's motion and supporting papers, Defendant Alta-Dena Certified Dairy, LLC's opposition and supporting papers, and Plaintiff's reply brief, as well as the oral argument of counsel on March 26, 2012.  The Court did not consider any supplemental briefing, which briefing is not permitted by any Federal Rule of Civil Procedure or Local Rule.

For the reasons the Court stated on the record on March 26, 2012, the Court concludes that federal subject matter jurisdiction was lacking at the time of removal because Plaintiff Ikeda's original complaint raised only state law claims and those claims are not preempted for removal jurisdiction purposes by § 301 of the Labor Management Relations Act ("LMRA"), 28 U.S.C. § 185(a).  *See Balcorta v. Twentieth Century-Fox Film Corp.*, 208 F.3d 1102, 1108 (9th Cir. 2000).  Because jurisdiction was lacking at the time of removal, the Court did not decide whether the subsequently-filed First Amended Complaint ("FAC") independently gives rise to federal subject matter jurisdiction based on the diversity jurisdiction statute, 28 U.S.C. § 1332(a).

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion to Remand is GRANTED and this matter is hereby remanded to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED**

Dated:  April 2, 2012.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1  Respectfully submitted,

2  STEVEN G. SKLAVER
   KALPANA SRINIVASAN
3  AMANDA BONN
   SUSMAN GODFREY L.L.P.
4

5  By: __/s/ Amanda Bonn

6      Amanda Bonn
       Attorneys for Defendant
7      Alta-Dena Certified Dairy, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2219507v1/012862